UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| AMANDO MARTINEZ BASILIO,<br><br>　Plaintiff,<br><br>TRAVELERS,<br><br>　Involuntary Plaintiff,<br><br>v.<br><br>LUFKIN INDUSTRIES, INC.<br><br>　Defendant. | Case No. 2:21-cv-01434<br><br><br><br>**JOINT STATUS REPORT** |

Plaintiff Amando Martinez Basilio ("Basilio"), by and through his attorneys, the Law Offices of Arellano & Phebus, S.C. and Defendant Lufkin Gears, Inc. ("Lufkin") by and through its attorneys, Larson • King, LLP, file this Joint Status Report pursuant to the Court's September 8, 2022 Order [Doc. #15].

Counsel for the parties have conferred, and stipulate to (1) the Court deferring a ruling on the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, and (2) the Court entering an Order dismissing this matter without prejudice, with each party to bear their own fees and costs. Therefore, the parties hereby jointly recommend and move the Court to enter an Order dismissing this matter without prejudice and with each party to bear its own fees and costs.

Dated: September 16, 2022

**LARSON • KING, LLP**

By: */s/ Mark Solheim*
Mark A. Solheim (WI #1028001)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
msolheim@larsonking.com

*Attorneys for Defendant Lufkin Gears, LLC*

Dated: September 16, 2022

**LAW OFFICES OF ARELLANO & PHEBUS, S.C.**

By: */s/ Victor Arellano*
Victor M. Arellano (WI #1011684)
Douglas J. Phebus (WI #1029524)
ARELLANO & PHEBUS, S.C.
1468 North High Point Road
Suite 102
Middleton, WI 53562
varellano@aplawoffice.com
dphebus@aplawoffice.com

*Attorneys for Plaintiff Amando Martinez Basilio*